UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLLEEN E. PETTY, | Civil No. C05-1559-MAT |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is ORDERED that this case is REMANDED to the Commissioner pursuant to 42 U.S.C.§ 405(g), Sentence Six. On receipt of this Court's remand order, the Commissioner will remand the case to an administrative law judge for a de novo hearing, unless the Commissioner locates the missing hearing tape and associated claim documents in the interim, in which case the Commissioner will assemble and file a transcript of the previous administrative proceedings with this Court along with an answer to Plaintiff's complaint.

Page 1    ~~PROPOSED~~ ORDER - [C05-1559-MAT]

DATED this 29th day of November, 2005.

s/ Mary Alice Theiler
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Leisa A. Wolf
LEISA A. WOLF
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone: 206-615-3621
Fax:      206-615-2531
leisa.wolf@ssa.gov

Page 2          ~~PROPOSED~~ ORDER - [C05-1559-MAT]